```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
   TELEBRANDS CORP.,                                  :
                                                      :
                                   Plaintiff,         :      14 Civ. 5978 (KPF)
                    v.                                :
                                                      :              ORDER
   TV DIRECT LLC,                                     :
                                                      :
                                   Defendant.         :
                                                      :
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 12, 2014

KATHERINE POLK FAILLA, District Judge:

    It is hereby ORDERED that this case shall be removed from the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York.

    SO ORDERED.

Dated:    August 12, 2014
             New York, New York

                                                          KATHERINE POLK FAILLA
                                                          United States District Judge