UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                                            X

TELEBRANDS CORP.,                    :

                    Plaintiff,    :      Civil Action No. 14-5978 (KPF) (FM)

         v.                           :

TV DIRECT LLC,                   :

                  Defendant.  :
_____X

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the **NOTICE OF INITIAL PRETRIAL CONFERENCE, INDIVIDUAL RULES OF PRACTICE IN CIVIL CASES OF UNITED STATES DISTRICT JUDGE KATHERINE POLK FAILLA, and INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS** were served on this 15th day of August 2014, by First Class Mail, postage prepaid, addressed to the following:

        TV Direct LLC
        347 Fifth Avenue, Suite 1100
        New York, New York 10016

                                              Respectfully submitted,

                                              /s Tonia A. Sayour/
                                              Peter D. Murray (PM-6912)
                                              Robert T. Maldonado (RM-7873)
                                              Tonia A. Sayour (TS-7208)
                                              30 Rockefeller Plaza
                                              New York, New York 10112
                                              Tel: (212) 278-0400
                                              Fax: (212) 391-0525

                                              Attorneys for Plaintiff
                                              TELEBRANDS CORP.