UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| TELEBRANDS CORP.,<br><br>-v-<br><br>TV DIRECT LLC, | Plaintiff,<br><br>Case No. 14-5978 (KPF)(FM)<br><br>**Rule 7.1 Statement**<br><br>Defendant. |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

TV DIRECT LLC  (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There are no corporate parents, affiliates and/or subsidiaries of TV Direct LLC that are publicly held.

**Date:** 8/21/2014

**Signature of Attorney**

**Attorney Bar Code:** KM-6722

Form Rule7_1.pdf  SDNY Web 10/2007