```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
   TELEBRANDS CORP.,                                  :
                                                      :
                              Plaintiff,              :
                  v.                                  :
                                                      :
   TV DIRECT LLC,                                     :
                                                      :
                              Defendant.              :
                                                      :
------------------------------------------------------X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: September 5, 2014 |

14 Civ. 5978 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

      The motion of John Michael Mueller for admission to practice *Pro Hac Vice* in the above-captioned action is hereby GRANTED. Mr. Mueller has declared that he is in good standing of the bar of the Supreme Court of Ohio, and that his contact information is as follows:

| | |
| --- | --- |
| Applicant's Name: | John Michael Mueller |
| Firm Name: | BAKER & HOSTETLER LLP |
| Address: | 312 Walnut Street |
| | Suite 3200 |
| City, State, Zip: | Cincinnati, Ohio 45202-4074 |
| Telephone/Fax: | 513-929-3400/513-929-0303 |

      Mr. Mueller has requested admission *Pro Hac Vice* for all purposes as counsel for Defendant TV Direct LLC. Accordingly, it is hereby ORDERED that Mr. Mueller is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

      SO ORDERED.

Dated:    September 5, 2014
            New York, New York

                                                                                  */s/ Katherine Polk Failla*
                                                      _____
                                                      KATHERINE POLK FAILLA
                                                     United States District Judge