# COOPER & DUNHAM LLP
## ATTORNEYS AT LAW

30 ROCKEFELLER PLAZA, NEW YORK, NEW YORK 10112
TELEPHONE: (212) 278-0400
FACSIMILE: (212) 391-0525; 391-0526; 391-0630
www.cooperdunham.com

JOHN P. WHITE
GARY J. GERSHIK
ROBERT T. MALDONADO
JEFFREY L. SNOW
ERIC M. EISENBERG
JAMES T. CORCORAN
AARON P. SELIKSON
JOSEPH V. MICALI
ELANA B. ARAJ
DARREN HABER*
ASHWAT RISHI*

PAUL TENG
WENDY E. MILLER
TONIA A. SAYOUR
CINDY S. SHU
ADAM C. KROL
ALISSA M. ROLAND
JASON A. KEITH
MARIA C. NUNEZ
JOONG Y. CHO*
LINSHENG LI*

*LAW CLERKS

OF COUNSEL
CHRISTOPHER C. DUNHAM
NORMAN H. ZIVIN
IVAN S. KAVRUKOV
PETER D. MURRAY
WILLIAM E. PELTON

SCIENTIFIC ADVISORS
ROBERT E. BOLCOME, III, PH.D.
LAWRENCE P. TARDIBONO, JR., PH.D.
PHILIP E. ALFORD, PH.D.
MINERVA Y. WONG, PH.D.

REGISTERED PATENT AGENTS
ANDREW CHUNG, B.E.
REGINA CHENG, B.S.

FOUNDED 1887

April 14, 2015

**VIA ECF & COURTESY COPY BY E-MAIL**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 618
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

Re: **Application for Restoration to Court's Active Calendar of Telebrands Corp. v. TV Direct LLC**
**Civil Action No. 1:14-CV-5978-KPF-FM**

Dear Judge Failla:

The undersigned represent Plaintiff Telebrands Corp. ("Telebrands") in the above-referenced case. Pursuant to the instructions in this Court's Order of Discontinuance (Dkt. 18), Telebrands respectfully requests restoration of this action to the active calendar of this Court.

A settlement has not been consummated. After Telebrands informed the Court that a settlement in principle was reached and requested an adjournment on March 17, 2015 (Dkt. 17), Telebrands learned that Defendant TV Direct LLC ("TV Direct") provided deceptive and incomplete sales information regarding the accused products. TV Direct refuses to provide Telebrands with the missing information. As a result, the parties unfortunately are at an impasse and have not been able to consummate the settlement.

Accordingly, Telebrands respectfully requests that the Court restore this Action to its active calendar and set a date for a conference for the parties to schedule the outstanding dates and deadlines in this matter.

Hon. Katherine Polk Failla
April 14, 2015
Page 2

Telebrands thanks the Court for its consideration of this matter.

Respectfully submitted,

COOPER & DUNHAM LLP

By: /Tonia A. Sayour/
Peter D. Murray (PM-6912)
Robert T. Maldonado (RM-7873)
Tonia A. Sayour (TS-7208)
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 278-0400
Fax: (212) 391-0525
pmurray@cooperdunham.com
rmaldonado@cooperdunham.com
tsayour@cooperdunham.com

Attorneys for Plaintiff
TELEBRANDS CORP.

cc: counsel for TV Direct (by e-mail)