```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
TELEBRANDS CORP.,                                     :
                                                      :
                              Plaintiff,              :        14 Civ. 5978 (KPF)
                  v.                                  :
                                                      :                ORDER
TV DIRECT LLC,                                        :
                                                      :
                              Defendant.              :
                                                      :
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 15, 2015

KATHERINE POLK FAILLA, District Judge:

    Having been notified today by defense counsel that the letter motion filed at docket entry 20 should have been filed under seal and in redacted version on the public electronic docket, the Court hereby directs the Clerk of Court to remove the PDF linked at docket entry 20 from the public electronic docket. Given that defense counsel has represented to the Court that the redactions will be limited, the Court hereby waives the requirement that defense counsel comply with Rule 6(A) of this Court's Individual Rules of Practice in Civil Cases for Redactions and Filing Under Seal. The Court will file the unredacted version of the letter under seal. Defense counsel is hereby ORDERED to file electronically the redacted version of the letter forthwith.

    SO ORDERED.

Dated:   April 15, 2015
           New York, New York

                                            _____
                                              KATHERINE POLK FAILLA
                                              United States District Judge