UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

TELEBRANDS CORP.,

                      Plaintiff,

      v.

TV DIRECT LLC,

                      Defendant.

------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 15, 2015
```

14 Civ. 5978 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

    Having received and reviewed the parties' letters, dated April 14, 2015, the Court hereby ORDERS the parties to appear for a conference on April 24, 2015, at 3:45 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  The discontinuance of this action shall continue to be conditional, as set forth in this Court's March 17, 2015 Order (Dkt. #18), pending further order of the Court.

    SO ORDERED.

Dated:    April 15, 2015
            New York, New York

                                                    KATHERINE POLK FAILLA
                                                  United States District Judge