# BakerHostetler

Baker&Hostetler LLP

312 Walnut Street
Suite 3200
Cincinnati, OH 45202-4074

T 513.929.3400
F 513.929.0303
www.bakerlaw.com

April 23, 2015

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 618
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

John M. Mueller
direct dial: 513.929.3413
jmueller@bakerlaw.com

**VIA ECF & COURTESY COPY BY E-MAIL**

Re:   Consented Motion to Postpone Status Conference for 14 Days for Telebrands Corp. v. TV Direct LLC Civil Action No. 1:14-CV-5978-KPF-FM

Dear Judge Failla:

The foregoing is a consented motion to postpone the Status Conference scheduled for tomorrow, April 24th, for two weeks. The parties recognize that this request is being submitted past the Court's stated deadline.

The parties are very close to resolving all remaining issues with respect to potential settlement but are unable to finalize the documents as principals for both parties are travelling at this time. In addition, the parties believe that postponement would greatly increase the likelihood that the parties will reach an amicable settlement in advance of the rescheduled Status Conference therefore obviating a need to further expend the Court's time and resources on this matter.

The parties thank the Court for its consideration in this matter.

Respectfully Submitted,
BAKER & HOSTETLER LLP

John M. Mueller
Kimberly M. Maynard (KM-6722)
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200

Facsimile: (212) 589-4201
kmaynard@bakerlaw.com

John M. Mueller (*pro hac* vice)
Baker & Hostetler LLP
312 Walnut Street, Suite 3200
Cincinnati, OH 45044
Telephone: (513) 929-3413
Facsimile: (212) 537-9385
jmueller@bakerlaw.com

*Attorneys for Defendant*
TV DIRECT LLC