# BakerHostetler

Baker&Hostetler LLP

312 Walnut Street
Suite 3200
Cincinnati, OH 45202-4074

T 513.929.3400
F 513.929.0303
www.bakerlaw.com

May 6, 2015

John M. Mueller
direct dial: 513.929.3413
jmueller@bakerlaw.com

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 618
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

**VIA ECF & COURTESY COPY BY E-MAIL**

Re:   Consented Motion to Adjourn Status Conference for 14 Days for Telebrands Corp. v. TV Direct LLC Civil Action No. 1:14-CV-5978-KPF-FM

Dear Judge Failla:

The foregoing is a consented motion to adjourn Status Conference scheduled for Friday, May 8th. It is noted that this request is being filed within this Court's 48 hour deadline for requesting such adjournments.

The parties have agreed on final documents which are in the process of being signed. It is anticipated that a Stipulated Final Judgment and Order on Consent will be fully executed and filed with this Court by the end of the week. Accordingly, it is not believed that the foregoing status conference is necessary and thus the parties jointly request adjournment herein.

The parties thank the Court for its consideration in this matter.

Respectfully Submitted,
BAKER & HOSTETLER LLP

John M. Mueller
Kimberly M. Maynard (KM-6722)
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

kmaynard@bakerlaw.com

John M. Mueller (*pro hac* vice)
Baker & Hostetler LLP
312 Walnut Street, Suite 3200
Cincinnati, OH 45044
Telephone: (513) 929-3413
Facsimile: (212) 537-9385
jmueller@bakerlaw.com

*Attorneys for Defendant*
TV DIRECT LLC