```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 8, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
TELEBRANDS CORP.,                              :         CASE NO. 14-5978 (KPF)(FM)
                                                              :
                     Plaintiff,                              :
       -v-                                                    :
                                                              :
TV DIRECT LLC,                                           :
                                                              :
                     Defendant.                        :
                                                              :
------------------------------------------------------------ X

## STIPULATED FINAL JUDGMENT AND ORDER ON CONSENT

Plaintiff, Telebrands Corp. ("Telebrands"), having filed a Complaint against Defendant TV Direct, LLC ("Defendant"), and the parties having resolved this matter by entry into a Settlement and Mutual Release Agreement ("the Agreement"), the terms of which are incorporated herein, and having consented to the entry of this Judgment and Order, it is hereby ORDERED that:

1. Telebrands markets and sells knives under the mark AERO KNIFE and adopted and began using a unique, fanciful, nonfunctional and distinctive product configuration and trade dress in connection with its AERO KNIFE products; is the owner of U.S. Design Patent No. D704,010 (the "Design Patent") and is the owner of trade dress rights in the AERO KNIFE products (the "Trade Dress").

2. Defendant has advertised, marketed, promoted, distributed, imported, manufactured, had manufactured, offered for sale and sold in interstate commerce knife products that have infringed the Design Patent and Trade Dress ("Accused Product").

3. The Design Patent and Trade Dress are valid and enforceable and Defendant agrees that it will not challenge the validity or enforceability of the Design Patent and Trade Dress in any future proceeding.

4. Defendant, its owners, shareholders, officers, directors, agents, servants, employees and those persons directly or indirectly controlled by them, and those persons in active concert or participation with them, and those who receive actual notice of this Order by personal service or otherwise, are hereby permanently enjoined and restrained, from the following:

   a. from infringing the Design Patent in any manner, including, without limitation, by making, using, offering for sale, selling or importing the Accused Product shown in Exhibit A;

   b. from infringing the Trade Dress, shown in Exhibit B in any manner including, without limitation, by making, using, offering for sale, selling or importing the Accused Product shown in Exhibit A.

5. This action is hereby dismissed with prejudice.

6. The parties shall bear their own costs and attorneys' fees of this action.

7. The Court shall retain jurisdiction to enforce the terms of this Stipulated Final Judgment and Order On Consent.

The discontinuance of this action is now final.  The Court will separately so-order the settlement agreement.

Dated: May 8, 2015          SO ORDERED.
       New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

2

Consented To:

Dated: April May 8, 2015

COOPER & DUNHAM LLP

*(signature)*

Peter D. Murray (PM-6912)
Robert T. Maldonado (RM-7873)
Tonia A. Sayour (TS-7208)
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 278-0400
Fax: (212) 391-0525
pmurray@cooperdunham.com
rmaldonado@cooperdunham.com
tsayour@cooperdunham.com

Attorneys for Plaintiff
TELEBRANDS CORP.

Dated: April May 7th, 2015

BAKER & HOSTETLER LLP

By: *(signature)*

John M. Mueller
312 Walnut Street, Suite 3200
Cincinnati, Ohio 45044
Tel: (513) 929-3413
Fax: (513) 929-0303
jmueller@bakerlaw.com

Kimberly Maynard
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10112
kmaynard@bakerlaw.com

Attorney for Defendant
TV DIRECT, LLC

606095870.1



Stipulated Final Judgment and Order on Consent - Exhibit A



Stipulated Final Judgment and Order on Consent - Exhibit B